HONORABLE BARBARA J. ROTHSTEIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| Lindsay Carlson,<br><br>  Plaintiff,<br><br>  vs.<br><br>State Farm Fire and Casualty Company,<br><br>  Defendant. | CASE NO.: 2:20-cv-00847-BJR<br><br>ORDER GRANTING UNOPPOSED MOTION TO AMEND COMPLAINT |

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's Unopposed Motion to Amend Complaint is **GRANTED**, and Plaintiff shall file the amended complaint within 7 days of this order.

Dated this 17th day of November 2020.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge