**HONORABLE BARBARA J. ROTHSTEIN**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| Lindsay Carlson,<br><br>    Plaintiff,<br><br>    vs.<br><br>State Farm Fire and Casualty Company,<br><br>    Defendant. | CASE NO.: 2:20-cv-00847-BJR<br><br>ORDER GRANTING STIPULATED MOTION TO AMEND PRE-TRIAL SCHEDULING DATES |

NOW, THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED, that the Stipulated Motion to Amend Pre-Trial Scheduling Dates is **GRANTED**. Accordingly, Expert Witness Disclosure Reports shall be filed on or before March 5, 2021; the Discovery Deadline is April 9, 2021; Dispositive Motions shall be filed on or before April 30, 2021.

Dated this 14th day of December 2020.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge