UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINDSAY CARLSON,<br><br>               Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>               Defendants. | Civil No. 2:20-cv-00847-BJR<br><br>STIPULATED MOTION AND ORDER TO STRIKE DATES AND SUBMIT TO A FEE HEARING |

      Defendant, State Farm Fire and Casualty Company (hereinafter referred to as "Defendant"), by and through its attorneys Douglas F. Foley of Foley Sampson & Nicholes, PLLC, and Clinton Tapper of the Tapper Law Firm for Plaintiff Lindsay Carlson, submit this Report to the Court.

      The parties appear and represent to the Court they have resolved all claims in the above captioned matter, with the exception of Plaintiff's attorney fee claim. The parties request the remaining deadlines for Motions for Summary Judgment, pre-trial documents and trial be stricken. The parties agree to submit the issue of attorneys' fees to the Court for resolution, and thereby final resolution of the case. If the Court accepts this motion, Plaintiff will file a motion for the award of attorney fees within the next 30 days.

DATED this __ day of April, 2021.

        FOLEY SAMPSON AND NICHOLS, PLLC

By /s/ DOUGLAS F. FOLEY
    Douglas F. Foley, WSBA 13119
    Attorneys for Defendant

TAPPER LAW FIRM

By /s/ CLINTON L. TAPPER
    Clinton Tapper, WSBA 49718
    Attorneys for Plaintiff

## ORDER

IT IS SO ORDERED

DATE this 30th day of April, 2021.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge