Douglas F. Foley, WSBA #13119
E-mail: doug.foley@dougfoleylaw.com
Foley Sampson & Nicholes, PLLC
13115 N.E. 4th Street, Suite 260
Vancouver, Washington 98684
Telephone: 360.883.0636
Facsimile: 360.944.6808
*Attorneys for Defendant*

THE HON. BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINDSAY CARLSON,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>　　　　　　Defendants. | Civil No. 2:20-cv-00847-BJR<br><br>STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE |

Defendant, State Farm Fire and Casualty Company by and through its attorney, Douglas F. Foley of Foley Sampson & Nicholes, PLLC, and Plaintiff, Lindsay Carlson, by and through her attorneys, Clinton L. Tapper of The Tapper Law Firm, LLC, hereby agree and stipulate that the above-captioned matter be dismissed without prejudice and without costs or attorney fees to any party for the reasons that this matter has been fully resolved.

///

///

///

///

IT IS SO STIPULATED:

DATED: August 14, 2021                         /s/ DOUGLAS F. FOLEY
                                               Douglas F. Foley, WSBA #13119
                                               Of Attorneys for Defendant

DATED: September 2, 2021                       /s/ CLINTON L. TAPPER
                                               Clinton L. Tapper, WSBA # 49718
                                               Attorney for Plaintiff

O R D E R

Based upon the foregoing stipulation of the parties, it is hereby

ORDERED that the above captioned matter be dismissed without prejudice as to all parties.

DATED this 14th day of September, 2021.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge


APPROVED AS TO FORM:


/s/ CLINTON L. TAPPER
Clinton L. Tapper, WSBA # 49718
Of Attorneys for Plaintiff

PRESENTED BY:


/s/ DOUGLAS F. FOLEY
Douglas F. Foley, WSBA #13119
Of Attorneys for Defendant

Page 3 –   STIPULATED ORDER OF DISMISSAL WITHOUT
              PREJUDICE

**Foley Sampson & Nicholes, PLLC**
13115 NE 4th Street, Suite 260
Vancouver, WA 98684
Telephone: 360.883.0636

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

>Clinton L. Tapper
>The Tapper Law Firm, LLC
>474 Willamette Street, Suite 306
>Eugene, OR 97401-2661
>*Of Attorney for Plaintiff*

DATED this 3rd day of September, 2021.

>/s/ DOUGLAS F. FOLEY
>Douglas F. Foley, WSBA #13119

187/6784